JEANNE GERSHEL, Appellant, v. EMILY E. BEDELL, Respondent.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

GOLDNER TRUCKING CORP., Respondent, v. STOLL PACKING CORP., Appellant, et al., Defendant.— Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of BARGAIN-TOWN, U. S. A. INC., Respondent, v. BARGAIN-TIME STORES, INC., Appellant.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

In the Matter of LOUIS J. DAHLMAN, Appellant, v. GRACE G. SAGONA, Respondent. In the Matter of GRACE G. SAGONA, Formerly Known as GRACE G. DAHLMAN, Respondent, v. LOUIS J. DAHLMAN, Appellant.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

VITO F. LANZA et al., Appellants, v. ROBERT F. WAGNER, as Mayor of the City of New York, et al., Respondents.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

ALICE LIPSCOMB, Respondent, v. HENRY P. LIPSCOMB, JR., Appellant.— Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.